UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 04-0282 (PLF) |
| ) | |
| JERMAINE FAIRNOT, ) | |
| ) | |
| Defendant. ) | |

**FILED**
MAR 1 5 2016
Clerk, U.S. District and
Bankruptcy Courts

## MEMORANDUM OPINION AND ORDER

At a revocation hearing held before Magistrate Judge Deborah Robinson on October 8, 2015, defendant Jermaine Fairnot conceded to violations of 1, 2, 5, 6, 7, 8 and 11 of the conditions of his supervised release. After a hearing, Magistrate Judge Robinson found that the defendant has violated the conditions of his supervised release. She recommended that his supervised release be revoked, and that he be sentenced to ten months incarceration, with no supervision to follow. Defendant has waived his right to a hearing before this Court. In consideration of the Report and Recommendation issued by Magistrate Judge Robinson on February 18, 2016 [Dkt. No. 33], and consented to by defendant through counsel, it is hereby

ORDERED that the recommendation of Magistrate Judge Robinson in the Report and Recommendation be ADOPTED; and it is

FURTHER ORDERED that the defendant's term of supervised release be revoked, and that defendant be sentenced to ten months incarceration with no term of supervised release to follow.

SO ORDERED.

DATE: 3/9/16

PAUL L. FRIEDMAN
United States District Judge